

NUMBER 13-09-00223-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

NICKY NICOLE DECKER,                                                            Appellant,

v.

THE STATE OF TEXAS,                                                            Appellee.

On Appeal from the 36th District Court
of Aransas County, Texas.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam

Appellant, Nicky Nicole Decker, by and through her attorney, has filed a withdrawal of notice of appeal requesting the appeal be dismissed because she no longer wishes to appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing

will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.  *See* TEX. R. APP. P. 47.2(b).
Memorandum Opinion delivered and
filed this the 14th day of May, 2009.